IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROOSEVELT WILLIAMS,

    Plaintiff,

                                                   Case No.   19-cv-607-jdp

    v.

RANDALL S. BOUZEK, KYLE DEMERS,
and CORRECTIONAL OFFICER DREHMEL,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.


| /s/ | 5/3/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |